# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 12, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133294(63)

RICK BEAVERS,
      Plaintiff-Appellant,

v

                        SC: 133294
                        COA: 269007

BARTON MALOW COMPANY, JOMAR     Wayne CC: 03-309389-NO
BUILDING COMPANY, INC., SPILLIS
CARDELLA, DMJM, a/k/a DMJA, INC.,
and ROBERT SMITH,
             Defendants-Appellees.
_____

On order of the Chief Justice, the motion by the Appellate Practice Section of the State Bar of Michigan for leave to file a brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 12, 2007                   _____
                                            Clerk